**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
ALVARO OROSCO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO OROSCO,<br><br>            Plaintiff,<br><br>       vs.<br><br>MONRROY ENTERPRISES LLC; ANTON C. JENSEN, AS TRUSTEE OF THE MICHELE R. JENSEN CREDIT SHELTER TRUST; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:23-cv-07818 MEMF (KSx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff ALVARO OROSCO ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice.

DATED:  February 7, 2024          **SO. CAL. EQUAL ACCESS GROUP**

                              By:   */s/   Jason J. Kim*
                                 Jason J. Kim, Esq.
                                 Attorneys for Plaintiff

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**